Edward Cole and Thomas Cole, partners, trading as Cole Brothers, *v.* The Allemannia Fire Insurance Company, Appellant.

Argued Oct. 19, 1898. Appeal, No. 107, Oct. T., 1898, by defendant, from judgment of C. P. Lawrence Co., Dec. T., 1895, No. 71, on verdict for plaintiffs. Before GREEN, WILLIAMS, MITCHELL, DEAN and FELL, JJ. Reversed.

OPINION BY MR. JUSTICE DEAN, November 7, 1898:

This case in all respects is like unto the case of same plaintiffs against Manchester Fire Assurance Company, in which opinion has been this day handed down, ante, p. 345. For the reasons there given the judgment is reversed and a v. f. d. n. awarded.